Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: CARMEN JOHN PERRI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>MI CUSCATLAN RESTAURANT, a business form unknown; CHANG YOUNG PARK AND YOUNG ZA PARK, AS TRUSTEES OF THE CY AND YZ PARK 2003 REVOCABLE TRUST; KAP YOUNG PARK AND OK PARK, AS TRUSTEES OF KAP AND OK PARK 1997 REVOCABLE TRUST; and Does 1-10<br><br>            Defendants. | CASE No.: 2:18-cv-02399-SJO (SSx)<br><br>**Plaintiff's Application for Default Judgment by Court as to Defendants Mi Cuscatlan Restaurant; and Chang Young Park and Young Za Park, as Trustees of the CY and YZ Park 2003 Revocable Trust; and Kap Young Park and Ok Park, as Trustees of Kap and Ok Park 1997 Revocable Trust**<br><br>Hon. S. James Otero<br><br>Date:  August 6, 2018<br>Time:  10:00 a.m.<br>Ctrm:  10C |

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

To Defendants Mi Cuscatlan Restaurant; and Chang Young Park and Young Za Park, as Trustees of the CY and YZ Park 2003 Revocable Trust; and Kap Young Park and Ok Park, as Trustees of Kap and Ok Park 1997 Revocable Trust and its attorneys of record, if any: Please take notice that on August 6, 2018 at 10:00 a.m. or as soon thereafter as this matter may be heard by this Court located at 350 W. 1st Street, Courtroom 10C, Los Angeles, CA 90012, Plaintiff Carmen John Perri will present his application for default judgment against Defendants Mi Cuscatlan Restaurant; and Chang Young Park and Young Za Park, as Trustees of the CY and YZ Park 2003 Revocable Trust; and Kap Young Park and Ok Park, as Trustees of Kap and Ok Park 1997 Revocable Trust. The Clerk has previously entered the default on Defendants on May 8, 2018.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendants are neither minors nor incompetent persons nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendants have not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

Plaintiff seeks a judgment in the amount of $4,000 in statutory damages and $5,519.00 in attorney fees and costs, including an amount for the estimated time that will be required if the Court requires a hearing, as set forth in the attached declaration of Joseph R. Manning, Jr. and an Order directing Defendants to remediate and provide accessibility features that comport with the ADAAG for the property located at or about 1436 S. Vermont Ave., Los Angeles, CA 90006.  This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this original application for default judgment by court was served on Defendants Mi Cuscatlan Restaurant; and Chang Young Park and Young Za Park, as

1 Trustees of the CY and YZ Park 2003 Revocable Trust; and Kap Young Park and Ok
2 Park, as Trustees of Kap and Ok Park 1997 Revocable Trust4 on July 10, 2018, by
3 first class United States Mail, postage prepaid.

Dated: July 10, 2018          **MANNING LAW, APC**

                           By: /s/ *Joseph R. Manning Jr.*
                                Joseph R. Manning Jr., Esq.
                                Attorneys for Plaintiff