

**Manning Law Office, APC**
4667 MacArthur Blvd, Suite 150
Newport Beach, CA 92660
(949) 200-8755

| CLIENT: | Carmen John Perri v. Mi Cuscatlan, et al. Case No. 2:18-cv-02399-SJO (SSx) |
|---|---|
| ACCOUNTING: | ATTORNEY HOURS WORKED/Hourly Value |
| HOURLY RATE: $425 | |

| Date | Task | Attorney | Hours | Billing Amount |
|---|---|---|---|---|
| 3/9/2018 | Reviewed information received from client | JRM | 0.5 | $212.50 |
| 3/10/2018 | Met with client; discussed his case; discussed his contacts with the geographical area for standing and his likelihood of returning to maintain federal jurisdiction | JRM | 1.3 | $553 |
| 3/10/2018 | Drove to and walked the site to conduct an assessment of the allegations | JRM | 1.5 | $637.50 |
| 3/14/2018 | Conducted research of public records to determine idenities of business owner and owner of the real property | JRM | 1.6 | $680 |
| 3/15/2018 | Drafted the complaint | JRM | 1 | $425 |
| 3/23/2018 | Reviewed and executed the front matter (civil case coversheet, summons, etc.) | JRM | 0.1 | $42.50 |
| 3/23/2018 | Reviewed court-issued summons, Notice of Assignment, Standing order | JRM | 0.2 | $85 |
| 5/7/2018 | Reviewed and executed the Request for Entry of Default | JRM | 0.2 | $85 |
| 6/26/2018 | Drafted delcaration on behalf of client in support of Plaintiff's Application for Entry of Default Judgment; Contacted client to execute declaration | JRM | 0.7 | $298 |
| 6/26/2018 | Drafted notice of motion and motion for application for entry of Default Judgment, and declaration in support; compiled exhibits; instructed staff to file. | JRM | 3 | $1,275 |
| 8/6/2018 | Estimated time to attend for hearing on default judgment application. | JRM | 1.5 | $638 |
| | **Litigation Expenses** | | | |
| | Filing Fees | | | $400 |
| | Service Cost | | | $189 |
| | | | | |
| | | | | |

| Total Bill | | $5,519 |
|---|---|---|